## No. 6492.

STATE EX REL. C. F. BERENS VS. JUDGE OF THE SECOND COURT.

At a sale for partition, the property was adjudicated to the relator, who took a rule upon the parties in possession to shew cause why she should not be put in possession, which was made absolute, and suspensively appealed. Thereupon the relator applied for prohibition and to set aside the suspensive appeal. The prohibition was refused, and the right of appeal was said could only be tested when the appeal came up. Upon filing this mandate in the lower court it was ordered that the custodian surrender the property to the parties who had taken the suspensive appeal The relator moved to rescind this order, which was refused, and she applied for a suspensive appeal from the order and from the refusal to rescind, which was also refused. The relator prays in this proceeding for a *mandamus* to compel the lower court to grant the appeal, and for a prohibition restraining the execution of the order putting the parties suspensively appealing in possession.

*Held,* the lower court rightfully refused the appeal. The effect of the suspensive appeal from the order putting the relator in possession was to revoke the original restraining order and restore the *status quo,* and this was no more than carrying into effect the mandate of this court ordering the suspensive appellants to be restored to the possession of the property.

FOR *Mandamus* and Prohibition.

*Bermudez* and *Rozier* for Relatrix. *Denegre* for Public Administrator. *McEnery, Ellis & Ellis* for F. T. Boutte's Executor.

SPENCER, J., delivered the opinion refusing the writs.